UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DISTRICT
LONDON

CRIMINAL ACTION NO.  6:06-113

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                                                **ORDER**

TAMMY LYNN BOWERY,                                                              DEFENDANT

\* \* \* \* \* \* \* \* \* \* \*

    This matter is before the Court upon the Defendants' Supervised Release violation Report filed by the United States Probation Office and the Report and Recommendation [DE 53] made by the United States Magistrate Judge with no objections having been made.  Wherefore, the Report and Recommendation is hereby adopted as the opinion of the Court.

    The defendant, Tammy Lynn Bowery, having filed a Waiver of Right of Allocution [DE 54], this Court hereby sentences Tammy Lynn Bowery consistent with the Judgment entered simultaneously herewith.

    Dated this 2nd day of February, 2009.



Signed By:
*Karen K. Caldwell*
**United States District Judge**